UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
GoCard, LLC, d/b/a Go Card Media,
                           Plaintiff,

      -against-                                Case No. 08-CV-4531

Jim Bonadio, individually, d/b/a                **NOTICE OF DEPOSIT OF**
JavaHaus Web Design,                            **REGISTRAR CERTIFICATE**
                           Defendant
-------------------------------------------------------------------X

      Plaintiff in the above-captioned action hereby notices the deposit of the attached "REGISTRAR CERTIFICATE," dated May 16, 2008, submitted by eNom, Inc. regarding the present case.

Dated: New York, New York
May 27, 2008

                                        **LAW OFFICES OF DAVID CARLEBACH, ESQ.**
                                        *Attorneys for Plaintiff*

                        By: ____s/ David Carlebach_____
                            David Carlebach, Esq. (DC-7350)
                            40 Exchange Place
                            New York, New York 10005
                            (212) 785-3041

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GoCard, LLC, d/b/a Go Card Media,
               Plaintiff,

    -against-                                      Case No. 08-CV-4531

Jim Bonadio, individually, d/b/a               __REGISTRAR CERTIFICATE__
JavaHaus Web Design,
               Defendant
-----------------------------------------------------------------X

I, Christina Radocha, a representative of eNom, Inc. ("eNom"), hereby declare:

1.    I have personal knowledge of the facts stated herein, and would testify to such facts if so called to testify.

2.    eNom is the registrar of Internet domain names under the top level domains .com, .org and .net, among others.

3.    eNom is the registrar of the domain name at issue in this case, POSTCARD.COM.

4.    On May 15, 2008, eNom received written notification of a filed, stamped copy of the Complaint in the instant case.

5.    The Complaint alleges that the domain name POSTCARD.COM has been used for cybersquatting.

6.    Per the Complaint filed at this Court, eNom placed the domain name POSTCARD.COM on registrar lock, thus preventing the POSTCARD.COM domain name from being transferred, modified or otherwise managed or manipulated.

7.    Furthermore, eNom will not modify the status of the domain name POSTCARD.COM unless and until instructed to do so by Order of the court in the instant case.

1

8. Therefore, the POSTCARD.COM domain name should be construed to be under the dominion and control of the court until such time as eNom receives further instruction with regard to the POSTCARD.COM domain name.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 16, 2008

ENOM, INC.

By: _Christina Radocha_ (signature)

Name: CHRISTINA G RADOCHA